

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

William Robert Farrar,                     * From the 326th District Court
                                             of Taylor County,
                                             Trial Court No. 20-14562N.

Vs. No. 11-21-00244-CV                     * January 6, 2022

Donna Jean Silvia,                         * Per Curiam Memorandum Opinion
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against William Robert Farrar.